United States District Court
Southern District of Texas

**ENTERED**

May 12, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE ACTION NO. 6:22-MJ-00032 |
| | § | |
| CODI DENISE HARTMAN | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The government called HSI Special Agent Shea Hine to testify. Defense counsel proffered the testimony of Defendant Hartman.  The following requires detention of the Defendant pending trial in this case:

(1)     There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant is strong.  The Defendant was driving a tractor-trailer with more than 65 undocumented aliens inside.  Upon opening the trailer doors, the state trooper observed 60 to 100 people leave the trailer and flee on foot in difference directions. In total, 65 subjects were later apprehended. It should be noted that seven undocumented aliens were transported to a nearby hospital for extreme dehydration. It was later determined that the air conditioning for the trailer was not functioning.  The Defendant has been convicted of three misdemeanors and one felony

offense, has a history of assaultive conduct, and has a history of poor compliance with court-ordered supervision.   The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on May 12, 2022.

_____
Julie K. Hampton
United States Magistrate Judge